IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| YUN KYUNG LEE, | |
| Plaintiff, | Case No.: 1:24-cv-04469 |
| v. | Judge Franklin U. Valderrama |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Jeannice W. Appenteng |
| Defendants. | |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 26 | Vainbutry |
| 6 | yantongrongbaihuodian |
| 19 | enshishihuaiyushangmaoyouxiangongsi |
| 22 | Hemingxiang |
| 11 | FDLFN |
| 5 | Aimsa Direct |
| 41 | ArtShop |
| 23 | SpuunaW Delivery 7-15 Days |
| 20 | zhihuazheng |
| 1 | KUIZEE |

DATED: July 15, 2024

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.

                                                          33 W. Jackson Blvd., #2W  
                                                          Chicago, Illinois 60604  
                                                          Telephone: 312-971-6752  
                                                          E-mail: keith@vogtip.com  

                                                          ***ATTORNEY FOR PLAINTIFF***

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on July 15, 2024 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                                                        */s/ Keith A. Vogt*
                                                                         Keith A. Vogt